PD-1334-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 11/2/2015 12:26:03 PM
Accepted 11/2/2015 12:59:21 PM
ABEL ACOSTA
CLERK

PD-1334-15
TC-11-09-00041-CRL

| | | |
|---|---|---|
| DESTYN DAVID FREDERICK | § | IN THE COURT OF APPEALS |
| Appellant | § | |
| | § | |
| VS. | § | FOURTH SUPREME JUDICIAL |
| | § | DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | |
| Appellee | § | SAN ANTONIO, TEXAS |

## MOTION FOR LEAVE
## TO WITHDRAW AS ATTORNEY OF RECORD

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Richard E. Langlois, court appointed attorney of record for Appellant, Destyn David Frederick, in the above styled and numbered cause and respectfully requests leave of this Court to withdraw as counsel for Appellant and in support thereof shows:

I.

Counsel was appointed by the District Court in LaSalle County to represent Destyn David Frederick for the appeal of his conviction of murder in the above styled and numbered cause. Counsel timely filed appellant's brief in this matter. The Fourth Court of Appeals issued an opinion affirming appellant's conviction and sentence on September 9, 2015. Thereafter, Counsel submitted a letter in compliance with Rule 48.2 TRAP to Destyn David Frederick informing him of his right to file a pro se petition for discretionary review pursuant to Rule 68 TRAP and provided notice counsel would withdraw as his attorney of record. Counsel is in compliance with the opinion in *Ex Parte Wilson, 956 S.W.2d 25, (Tex.Crim.App. 1997* and has not been

FILED IN
COURT OF CRIMINAL APPEALS

November 2, 2015

ABEL ACOSTA, CLERK

Page 1 of 4

retained to file a Petition for Discretionary Review.

## II.

Counsel did not receive confirmation that Destyn Frederick received Counsel's letter notifying of his right to file a pro se petition for discretionary review. Counsel, in an abundance of caution to avoid Destyn Frederick forfeiting his right to file a pro se petition for discretionary review, filed a motion to extend time to file petition for discretionary review that was granted to November 9, 2015 by the Texas Court of Criminal Appeals.

In response to Counsel's previous motion to withdraw with the Fourth Court of Appeals Counsel filed a motion to retract his prior motion to withdraw, which motion the Fourth Court of Appeals granted.

However, Counsel received an email from Destyn Frederick's mother on October 29, 2015 notifying counsel not to file a petition for discretionary review and terminate his representation of Destyn Frederick.

In compliance with Defendant Destyn Frederick's request Counsel herein files his motion to withdraw as counsel of record for Destyn Frederick.

## III.

Counsel believes that no injustice or prejudice will be caused by the withdrawal of counsel at this time and that Counsel has no further legal duty to continue to represent appellant in this matter.

WHEREFORE, PREMISES CONSIDERED, Richard E. Langlois respectfully

requests that this court enter an order permitting counsel withdraw from his representation of Destyn Frederick in this cause.

RESPECTFULLY SUBMITTED

LAW OFFICES
RICHARD E. LANGLOIS
217 Arden Grove
San Antonio, Texas 78215
Tel: (210) 225-0341
Fax: (210) 225-0345


/s/ *Richard E. Langlois*
State Bar No. 11922500
Attorney for Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Motion to Withdraw has been mailed to Destyn David Frederick, TCDJ: 01920865, 899 FM 632, Kenedy, Texas 78110-4516 and to Mr. Rene M. Pena, Atascosa County District Attorney. 1327 3rd St., Floresville, Texas 78114-1961, on this 1st day of November 2015.

/s/ *Richard E. Langlois*